AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__NEVADA_____

COLLIS MARTIN,

           Plaintiff,                JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: **3:08-cv-00133-BES-VPC**

JOHN DOE, et al.,

           Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for the failure to state a claim upon which relief may be granted.

   April 30, 2009                      **LANCE S. WILSON**
                                            Clerk

                                 /s/ Kalani Lizares
                                       Deputy Clerk